**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

| | |
|---|---|
| JOHN DAWSON SYKES, | CASE NO.: 17-01019-5-SWH |
| | CHAPTER 13 |
| DEBTOR(S) | |

**MOTION TO CONTINUE HEARING**

NOW COMES Kimberly Cory Sykes, by and through the undersigned counsel, and hereby moves the Court for an Order continuing the hearing on her Motion for Relief from the Automatic Stay scheduled for June 6, 2018 at 10:00 a.m. in Wilmington, North Carolina; and, in support of said Motion, shows unto the Court as follows:

1. The Debtor filed this Chapter 13 case on March 2, 2017. Joseph A. Bledsoe, III serves as the duly appointed Chapter 13 Trustee.

2. Counsel for the moving party has been in discussions with the Debtor's counsel and would like additional time to resolve the issues without a hearing.

3. The moving party requests that the hearing be rescheduled to a later date and time to be determined by the Court. Movant additionally consents to extending the deadlines set forth in 11 U.S.C. § 362(e)(1).

4. Anthony L. Register, counsel for the Debtor, consents to this motion.

5. This Motion is made for good cause and not for the purpose of delay.

WHEREFORE, the moving party prays that the hearing be scheduled to a later date and time to be determined by the Court.

Dated: June 5, 2018         RICHARD P. COOK, PLLC

/s/ Richard P. Cook
Richard P. Cook
Attorney for Kimberly Cory Sykes
N.C. State Bar No. 37614
7036 Wrightsville Ave, Suite 101
Wilmington, NC 28403
Telephone: (910) 399-3458
Facsimile: (877) 836-6822
Email: Richard@CapeFearDebtRelief.com

CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that he is over eighteen (18) years of age and that the:

**MOTION TO CONTINUE HEARING**

Was served upon the below named parties, through CM/ECF (where indicated), hand delivered (where indicated), or by mailing postage prepaid, first class mail to the address(es) shown below:

<u>Via CM/ECF</u>
Joseph A. Bledsoe, III
Chapter 13 Trustee

Anthony L. Register
Attorney for the Debtor

Tyler J. Russell
Attorney for First Citizens Bank & Trust Company

<u>Service via First Class Mail</u>
John Dawson Sykes
6409 Strawfield Drive
Wilmington, NC 28405
Debtor

Dated: June 5, 2018                              RICHARD P. COOK, PLLC

/s/ Richard P. Cook
7036 Wrightsville Ave, Suite 101
Wilmington, NC 28403
(910) 399-3458