VAN–124 Order Continuing Hearing – Rev. 01/29/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
John Dawson Sykes
( known aliases: Leonard–Sykes Hospital For Pets, Leonard–Sykes Hospital For Pets, PA )
6409 Strawfield Drive
Wilmington, NC 28405

CASE NO.: 17–01019–5–SWH

DATE FILED: March 2, 2017

CHAPTER: 13

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:    Tuesday, August 7, 2018
TIME:    10:00 AM
PLACE:   Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401

Motion for Relief from Stay filed by Richard Preston Cook on behalf of Kimberly Corey Sykes

and to transact all other business as may properly come before the court.

The automatic stay shall remain in effect until the date of the hearing.

DATED: June 5, 2018

Stephani W. Humrickhouse
United States Bankruptcy Judge